IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01836-BNB

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiff,

v.

SHANE STEVENS,
Defendant.

ORDER OF DISMISSAL

Defendant, Shane Stevens, initiated this action by filing *pro se* documents titled "Writ of Discovery" and "Averment of Jurisdiction." Mr. Stevens apparently asserts one or more claims that relate to an ongoing Colorado state court criminal case. In an order filed on August 3, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Stevens to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Stevens to file an application for a writ of habeas corpus and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Stevens was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Stevens has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's August 3 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Defendant failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this  13th  day of  September , 2010.

BY THE COURT:

*Christine M Arguello*

———————————————
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01836-BNB

Shane Stevens-El
1460 E. Bell Road #2140
Phoenix, AZ 85022

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/14/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk